THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01708-ZLW-BNB

JODI WATERS,

    Plaintiff,

vs.

SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE, a Pennsylvania corporation,

    Defendant.

**ORDER**

Upon consideration of the parties' Joint Motion for Dismissal (Doc. #30), this action is hereby dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

DATED: February 25, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court